# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA M. ODOM, | Case No. CV 18-6350 PA (GJSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| L.A. CARE HEALTH PLAN, | |
| Defendant. | |

In accordance with the Court's January 9, 2019 Minute Order dismissing the First Amended Complaint filed by plaintiff Selena M. Odom ("Plaintiff") without leave to amend and dismissing the action with prejudice,

It is ORDERED, ADJUDGED, and DECREED that defendant L.A. Care Health Plan ("Defendant") shall have judgment in its favor against Plaintiff, and this action is dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: January 9, 2019

_____
Percy Anderson
United States District Judge